# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

MacLean-Fogg Company,

Plaintiff,

v.                                                Civil Action No. 2:07-cv-00472-LED
                                                  (Judge Davis)

Eaton Corporation,

Defendant.

## MACLEAN-FOGG'S SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS OF U.S. PATENT NO. 7,191,745 PURSUANT TO P.R. 3-1

Plaintiff, MacLean-Fogg Company, hereby discloses its asserted claims and infringement contentions to Defendant, Eaton Corporation, pursuant to P.R. 3-1.

In the chart below, MacLean-Fogg has identified the asserted claims of U.S. Patent No. 7,191,745 pursuant to P.R. 3-1(a), the accused products pursuant to P.R. 3-1(b), and the priority date of U.S. Patent No. 7,191,745 pursuant to P.R. 3-1(e). Specifically, photographs 1- 12 represent components of Eaton Part No. 328347.

Pursuant to P.R. 3-1(c), a separate claim analysis is attached hereto at Exhibit 1 specifically identifying where each element of each asserted claim of U.S. Patent No. 7,191,745 is found within the accused products. For reference, the bracketed numbers corresponding to the labeled numbers on the photographs of Exhibit 2 have been added to the claim analysis of Exhibit 1. Where appropriate, text is used to label the photographs with various claim elements as well.

Pursuant to P.R. 3-1(d), MacLean-Fogg contends that all of the claim elements are literally present in the accused products.  However, MacLean-Fogg reserves the right to assert infringement under the doctrine of equivalents in response to Eaton's non-infringement positions.

| U.S. Patent Number 7,191,745 Priority Date of Claims: 18 Oct 2002 | |
|---|---|
| Claims Infringed | Accused Product(s) |
| 15 | Eaton Part No. 328347 |
| 16 | Eaton Part No. 328347 |
| 17 | Eaton Part No. 328347 |
| 18 | Eaton Part No. 328347 |
| 19 | Eaton Part No. 328347 |
| 20 | Eaton Part No. 328347 |
| 21 | Eaton Part No. 328347 |
| 22 | Eaton Part No. 328347 |
| 24 | Eaton Part No. 328347 |
| 25 | Eaton Part No. 328347 |
| 26 | Eaton Part No. 328347 |
| 27 | Eaton Part No. 328347 |
| 28 | Eaton Part No. 328347 |
| 29 | Eaton Part No. 328347 |
| 30 | Eaton Part No. 328347 |
| 31 | Eaton Part No. 328347 |
| 33 | Eaton Part No. 328347 |
| 34 | Eaton Part No. 328347 |
| 35 | Eaton Part No. 328347 |
| 37 | Eaton Part No. 328347 |
| 38 | Eaton Part No. 328347 |
| 39 | Eaton Part No. 328347 |
| 40 | Eaton Part No. 328347 |
| 41 | Eaton Part No. 328347 |
| 44 | Eaton Part No. 328347 |
| 45 | Eaton Part No. 328347 |
| 46 | Eaton Part No. 328347 |
| 47 | Eaton Part No. 328347 |
| 48 | Eaton Part No. 328347 |
| 49 | Eaton Part No. 328347 |
| 50 | Eaton Part No. 328347 |
| 51 | Eaton Part No. 328347 |
| 53 | Eaton Part No. 328347 |
| 55 | Eaton Part No. 328347 |
| 57 | Eaton Part No. 328347 |
| 60 | Eaton Part No. 328347 |
| 61 | Eaton Part No. 328347 |
| 62 | Eaton Part No. 328347 |
| 63 | Eaton Part No. 328347 |

| U.S. Patent Number 7,191,745 Priority Date of Claims: 18 Oct 2002 | |
|---|---|
| **Claims Infringed** | **Accused Product(s)** |
| 64 | Eaton Part No. 328347 |
| 65 | Eaton Part No. 328347 |
| 66 | Eaton Part No. 328347 |
| 67 | Eaton Part No. 328347 |
| 69 | Eaton Part No. 328347 |
| 71 | Eaton Part No. 328347 |
| 86 | Eaton Part No. 328347 |
| 87 | Eaton Part No. 328347 |
| 88 | Eaton Part No. 328347 |
| 89 | Eaton Part No. 328347 |
| 90 | Eaton Part No. 328347 |
| 91 | Eaton Part No. 328347 |
| 92 | Eaton Part No. 328347 |
| 93 | Eaton Part No. 328347 |
| 95 | Eaton Part No. 328347 |
| 96 | Eaton Part No. 328347 |
| 97 | Eaton Part No. 328347 |
| 98 | Eaton Part No. 328347 |
| 99 | Eaton Part No. 328347 |
| 100 | Eaton Part No. 328347 |
| 101 | Eaton Part No. 328347 |
| 102 | Eaton Part No. 328347 |
| 104 | Eaton Part No. 328347 |
| 105 | Eaton Part No. 328347 |
| 106 | Eaton Part No. 328347 |
| 108 | Eaton Part No. 328347 |
| 109 | Eaton Part No. 328347 |
| 110 | Eaton Part No. 328347 |
| 111 | Eaton Part No. 328347 |
| 112 | Eaton Part No. 328347 |
| 115 | Eaton Part No. 328347 |
| 116 | Eaton Part No. 328347 |
| 117 | Eaton Part No. 328347 |
| 118 | Eaton Part No. 328347 |
| 119 | Eaton Part No. 328347 |
| 120 | Eaton Part No. 328347 |
| 121 | Eaton Part No. 328347 |
| 122 | Eaton Part No. 328347 |
| 124 | Eaton Part No. 328347 |
| 126 | Eaton Part No. 328347 |
| 128 | Eaton Part No. 328347 |
| 131 | Eaton Part No. 328347 |
| 132 | Eaton Part No. 328347 |
| 133 | Eaton Part No. 328347 |
| 134 | Eaton Part No. 328347 |
| 135 | Eaton Part No. 328347 |
| 136 | Eaton Part No. 328347 |
| 137 | Eaton Part No. 328347 |
| 138 | Eaton Part No. 328347 |
| 140 | Eaton Part No. 328347 |

| U.S. Patent Number 7,191,745 Priority Date of Claims: 18 Oct 2002 | |
| --- | --- |
| **Claims Infringed** | **Accused Product(s)** |
| 142 | Eaton Part No. 328347 |

Dated:  June 20, 2008                    By: /s/ Richard E. Stanley, Jr.

Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
One American Center
909 ESE Loop 323, Suite 400
P.O. Box 7339 Tyler, Texas
Telephone No.: (903) 509-5000
Facsimilie No.: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

Jack C. Berenzweig
Richard E. Stanley, Jr.
Bradley L. Smith
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone: (312) 321-4200
Facsimile No.: (312) 321-4299
jberenzweig@brinkshofer.com
rstanley@brinkshofer.com
bsmith@brinkshofer.com

Dana A. Alden
THE ALDEN LAW GROUP, LLP
2122 York Road, Suite 180
Oak Brook, Illinois
(630) 368-7676

ATTORNEYS FOR PLAINTIFF
MACLEAN-FOGG COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who have consented to

electronic service have been served with a copy of this document through the Court's

CM/ECF system.


Michael Edwin Jones
Diane DeVasto
POTTER MINTON
110 N. College Street, Suite 500
Tyler, Tx 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com
Email: dianedevasto@potterminton.com

Steven M. Auvil
Gregory Kolocouris
Denis Ticak BENESCH
FRIEDLANDER COPLAN & ARONOFF
2300 BP Tower 200 Public Square
Cleveland, OH 44114
Telephone: (216) 363-4500 Facsimile: (216) 363-4588
Email: sauvil@bfca.com
Email: gkolocouris@bfca.com
Email: dticak@bfca.com

/s/ Richard E. Stanley, Jr.

# **Exhibit 1**

**U.S. Patent No. 7,191,745**

15. A process for manufacturing a valve lifter body [110], comprising the steps of:
    a) providing a forgeable material;
    b) cold forming a first lifter cavity [130] into the forgeable material so that:
        i) the first lifter cavity [130] extends axially into the forgeable material from a first lifter opening [132] that is shaped to accept a roller [190];
        ii) the first lifter cavity [130] includes a first inner lifter surface [150] provided with a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152];
        iii) the first wall [151] faces the second wall [153];
        iv) the second wall [153] faces the first wall [151];
        v) the third wall [156] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the fourth wall [157], and terminates at least in part at the second curved lifter surface [155];
        vi) the fourth [157] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the third wall [156], and terminates at least in part at the first curved lifter surface [154];
        vii) the first curved lifter surface [154] extends from the fourth wall [157] and is located adjacent to the lifter surface [152];
        viii) the second curved lifter surface [155] extends from the third wall [156] and is located adjacent to the lifter surface [152];
        ix) the lifter surface [152] is, relative to the curved lifter surfaces [154, 155], generally flat and oriented to be generally orthogonal to a valve lifter axis [111];
    c) cold forming a second lifter cavity [131] into the forgeable material so that:
        i) the second lifter cavity [131] extends axially into the valve lifter body [110] from a second lifter opening [133];
        ii) the second lifter cavity [131] includes a second inner lifter surface [170]; and
    d) machining the second inner lifter surface [170] to provide a plurality of cylindrical surfaces. [170-a,170-b,170-c,170-d]

16. The process of claim 15 further comprising the step of cold forming, at least in part, a socket body [310].

17. The process of claim 15 further comprising the step of cold forming, at least in part, a leakdown plunger [210].

18. The process of claim 15 further comprising the steps of:
    a) cold forming, at least in part, a socket body [310]; and
    b) cold forming, at least in part, a leakdown plunger [210].

19. The process of claim 15 further comprising the steps of:
    a) cold forming the forgeable material to provide, at least in part, a first end

wherein the first lifter opening [132] is located and a second end wherein the second lifter opening [133] is located; and

      b) cold forming the forgeable material to include an undercut surface [see text] that extends from the second end.

20. The process of claim 15 wherein the step of cold forming the second lifter cavity [131] into the forgeable material includes providing, at least in part, a lifter well [162].

21. The process of claim 15 further comprising the steps of:

      a) providing the forgeable material with an outer lifter surface [180]; and

      b) machining the outer lifter surface [180], at least in part, to provide a first cylindrical surface [181] and a second cylindrical surface [182] wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

22. The process of claim 15 further comprising the steps of:  a) providing the forgeable material with an outer lifter surface [180]; and  b) cold forming the forgeable material to provide, at least in part, a cylindrical surface [see text] with a reduced diameter located on the outer surface [180].

24. A process for manufacturing a valve lifter body [110] that includes a valve lifter axis [111], comprising the steps of:

      a) providing a forgeable material;

      b) cold forming a first lifter cavity [130] into the forgeable material so that:

            i) a first end is provided wherein the first end includes a first lifter opening [132] shaped to accept a roller [190];

            ii) the first lifter cavity [130] includes a first inner lifter surface [150] provided with a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152];

            iii) the walls [151, 153, 156, 157] extend axially into the forgeable material from the first lifter opening [132] and are positioned so that:

                  1) the first wall [151] faces the second wall [153];

                  2) the second wall [153] faces the first wall [151];

                  3) the third wall [156] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the fourth wall [157], and is located adjacent to the second curved lifter surface [155];

                  4) the fourth wall [157] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the third wall [156] and is located adjacent to the first curved lifter surface [154];

            iv) the first curved lifter surface [154] extends from the fourth wall [157] and is located adjacent to the lifter surface [152];

            v) the second curved lifter surface [155] extends from the third wall [156] and is located adjacent to the lifter surface [152];

            vi) the lifter surface [152] is, relative to the curved lifter surfaces [154,

155], generally flat and oriented to be generally orthogonal to a valve lifter axis [111];

c) cold forming a second lifter cavity [131] into the forgeable material so that:

i) a second end is provided wherein the second end includes a second lifter opening [133] that is generally cylindrical in shape;

ii) the second lifter cavity [131] extends axially into the valve lifter body [110] from the second lifter opening [133];

iii) the second lifter cavity [131] includes a second inner lifter surface [170];

d) heat-treating the valve lifter body [110]; and

e) machining the second inner lifter surface [170] to provide a plurality of cylindrical surfaces. [170-a,170-b,170-c,170-d]

25. The process of claim 24 further comprising the step of cold forming, at least in part, a socket body [310].

26. The process of claim 24 further comprising the step of cold forming, at least in part, a leakdown plunger [210].

27. The process of claim 24 further comprising the steps of:

a) cold forming, at least in part, a socket body [310]; and

b) cold forming, at least in part, a leakdown plunger [210].

28. The process of claim 24 further comprising the step of cold forming the forgeable material to include an undercut surface [see text] that extends from the second end.

29. The process of claim 24 wherein the step of cold forming the second lifter cavity [131] into the forgeable material includes providing, at least in part, a lifter well [162].

30. The process of claim 24 further comprising the steps of:

a) providing the forgeable material with an outer lifter surface [180]; and

b) machining the outer lifter surface [180], at least in part, to provide a first cylindrical surface [181] and a second cylindrical surface [182] wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

31. The process of claim 24 further comprising the steps of:

a) providing the forgeable material with an outer lifter surface [180]; and

b) cold forming the forgeable material to provide, at least in part, a cylindrical surface [see text] with a reduced diameter located on the outer surface [180].

33. A process for manufacturing a valve lifter body [110] that includes a valve lifter axis [111], a first lifter cavity [130] with a first inner lifter surface [150] extending from a first lifter opening [132] located at a first end, and a second lifter cavity [131] with a second inner lifter surface [170] extending from a second lifter opening [133] located at a second end, wherein the first inner lifter surface [150] includes a first wall [151], a second wall

[153], a third wall [156], a fourth wall [157], a first angled wall [169-a], a second angled
wall [169-b], a third angled wall [169-c], fourth angled wall [169-d], a first angled lifter
surface [165], a second angled lifter surface [166], a third angled lifter surface [167], and
a fourth angled lifter surface [168], the process for manufacturing the valve lifter body
[110] comprising the steps of:

a) providing a forgeable material;

b) cold forming the walls [151, 153, 156, 157], the angled walls [169-a-d], and the
angled lifter surfaces [165, 166, 167, 168] so that:

i) the walls [151, 153, 156, 157] extend axially into the forgeable material
from the first lifter opening [132] and are positioned so that the first wall
[151] faces the second wall [153] and the third wall [156] faces the fourth
wall [157];

ii) the first angled lifter surface [165] is located adjacent to the first wall
[151] and the fourth wall [157];

iii) the second angled lifter surface [166] is located adjacent to the first
wall [151] and the third wall [156];

iv) the third angled lifter surface [167] is located adjacent to the second
wall [153] and the third wall [156];

v) the fourth angled lifter surface [168] is located adjacent to the second
wall [153] and the fourth wall [157];

vi) the first angled wall [169-a] extends axially into the forgeable material
from the first lifter opening [132] and terminates, at least in part, at the
first angled lifter surface [165];

vii) the second angled wall [169-b] extends axially into the valve lifter
body [110] from the first lifter opening [132] and terminates, at least in
part, at the third angled lifter surface [167];

viii) the third angled wall [169-c] extends axially into the valve lifter body
[110] from the first lifter opening [132] and terminates, at least in part, at
the fourth angled lifter surface [168];

ix) the fourth angled wall [169-d] extends axially into the valve lifter body
[110] from the first lifter opening [132] and terminates, at least in part, at
the second angled lifter surface [166];

c) cold forming the second lifter cavity [131] into the forgeable material so that
the second lifter cavity [131] extends axially into the forgeable material from the
second lifter opening [133] and includes a second inner lifter surface [170] that is
generally cylindrical in shape;

d) heat treating the valve lifter body [110]; and

e) machining the second inner lifter surface [170] of the second lifter cavity [131]
to provide a plurality of generally cylindrical surfaces.  [170-a,170-b,170-c,170-d]

34. The process of claim 33 wherein the step of cold forming the walls [151, 153, 156,
157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168]
further includes orienting at least one of the angled lifter surfaces [165, 166, 167, 168]  to
be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111],
the angle measuring between twenty-five and about ninety degrees.

35. The process of claim 33 wherein the step of cold forming the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] further includes orienting the fourth angled lifter surface [168] to extend from the third angled wall [169-c] at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111] measuring between 45 degrees and 65 degrees.

37. The process of claim 33 wherein the step of cold forming the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] further includes orienting at least one of the angled lifter surfaces [165, 166, 167, 168] to extend from at least one of the angled walls  [169-a-d] at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111] measuring between 25 degrees and 75 degrees.

38. The process of claim 33 wherein the step of cold forming the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] further includes orienting at least one of the angled [165, 166, 167, 168] to be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111].

39. The process of claim 33 wherein the step of cold forming the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] further includes providing a first curved lifter surface [154] and a second curved lifter surface [155] so that:
        a) the fourth wall [157] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the first curved lifter surface [154]; and
        b) the third wall [156] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the second curved lifter surface [155].

40. The process of claim 33 wherein the step of cold forming the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] further includes providing a first curved lifter surface [154] and a second curved lifter surface [155] so that:
        a) the fourth wall [157] extends axially into the valve lifter body [110] from the first lifter opening [132] and terminates, at least in part, at the first curved lifter surface [154];
        b) the third wall [156] extends axially into the valve lifter body [110] from the first lifter opening [132] and terminates, at least in part, at the second curved lifter surface [155];
        c) the first angled lifter surface [165] is located adjacent to the first wall [151], the fourth wall [157], the first angled wall [169-a], and the first curved lifter surfaces [154];
        d) the second angled lifter surface [166] is located adjacent to the first wall [151], third wall [156], the fourth angled wall [169-d], and the second curved lifter surface [155];
        e) the third angled lifter surface [167] is located adjacent to the second wall [153], the third wall [156], the first angled wall [169-b], and the second curved lifter surface

[155]; and

f) the fourth angled lifter surface [168] is located adjacent to the second wall [153], the fourth wall [157], the third angled wall [169-c], and the first curved lifter surface [154].

41. The process of claim 33 wherein the step of cold forming the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] further includes:

a) providing the first angled lifter surface [165] so that it is located adjacent to the first wall [151], the fourth wall [157], and the first angled wall [169-a];

b) providing the second angled lifter surface [166] so that it is located adjacent to the first wall [151], third wall [156], and the fourth angled wall [169-d];

c) providing the third angled lifter surface [167] so that it is located adjacent to the second wall [153], the third wall [156], and the second angled wall [169-b];

d) providing the fourth angled lifter surface [168] so that it is located adjacent to the second wall [153], the fourth wall [157], and the third angled wall [169-c];

e) providing at least one of the angled lifter surfaces [165, 166, 167, 168] so that it extends from at least one of the angled walls [169-a-d] towards the valve lifter axis [111]; and

f) orienting at least one of the angled lifter surfaces [165, 166, 167, 168] to be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111], the angle measuring between twenty-five and about ninety degrees.

44. A process for manufacturing a valve lifter body [110] that includes a valve lifter axis [111], comprising the steps of:

a) providing a forgeable material;

b) cold forming a first lifter cavity [130] into the forgeable material so that:

i) the forgeable material is provided with a first lifter opening [132] that is shaped to accept a roller [190];

ii) the first lifter cavity [130] extends axially into the forgeable material from the first lifter opening [132] and includes a first inner lifter surface [150] that is provided with a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a first angled wall [169-a], a second angled wall [169-b], a third angled wall [169-c], fourth angled wall [169-d], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152];

iii) the first wall [151] and the second wall [153] extend axially into the forgeable material from the first lifter opening [132] and are positioned so that the first wall [151] faces the second wall [153];

iv) the third wall [156] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the second curved lifter surface [155];

v) the fourth wall [157] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the first curved lifter surface [154];

vi) the third wall [156] and the fourth wall [157] are positioned so that the

third wall [156] faces the fourth wall [157];

vii) the first angled wall [169-a] extends axially into the forgeable material from the first lifter opening [132], faces the second angled wall [169-b], and is located between the fourth wall [157] and the first wall [151];

viii) the second angled wall [169-b] extends axially into the forgeable material from the first lifter opening [132], faces the first angled wall [169-a], and is located between the second wall [153] and the third wall [156];

ix) the third angled wall [169-c] extends axially into the forgeable material from the first lifter opening [132], faces the fourth angled wall [169-d], and is located between the second wall [153] and the fourth wall [157];

x) the fourth angled wall [169-d] extends axially into the forgeable material from the first lifter opening [132], faces the third angled wall [169-c], and is located between the first wall [151] and the third wall [156];

xi) the first and second curved lifter surfaces [154, 155] are, at least in part, located adjacent to the lifter surface [152], which is, relative to the curved lifter surfaces [154, 155], generally flat and oriented to be generally orthogonal to the valve lifter axis [111];

c) cold forming a second lifter cavity [131] into the forgeable material so that

i) the forgeable material is provided with a second lifter opening [133];

ii) the second lifter cavity [131] extends axially into the forgeable material from the second lifter opening [133] and includes a second inner lifter surface [170]; and

d) machining the second inner lifter surface [170] to provide a plurality of cylindrical surfaces. [170-a,170-b,170-c,170-d]

45. The process of claim 44 further comprising the step of cold forming, at least in part, a socket body [310].

46. The process of claim 44 further comprising the step of cold forming, at least in part, a leakdown plunger [210].

47. The process of claim 44 further comprising the steps of:

a) cold forming, at least in part, a socket body [310]; and

b) cold forming, at least in part, a leakdown plunger [210].

48. The process of claim 44 further comprising the steps of:

a) cold forming the forgeable material to provide, at least in part, a first end wherein the first lifter opening [132] is located and a second end wherein the second lifter opening [133] is located; and

b) cold forming the forgeable material to include an undercut surface [see text] that extends from the second end.

49. The process of claim 44 wherein the step of cold forming the second lifter cavity [131] includes providing, at least in part, a lifter well [162].

50. The process of claim 44 further comprising the steps of:

     a) providing the forgeable material with an outer lifter surface [180]; and

     b) machining the outer lifter surface [180], at least in part, to provide a first cylindrical surface [181] and a second cylindrical surface [182] wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

51. The process of claim 44 further comprising the steps of:

     a) providing the forgeable material with an outer lifter surface [180]; and

     b) cold forming the forgeable material to provide, at least in part, a cylindrical surface with a reduced diameter [see text] located on the outer surface [180].

53. The process of claim 44 wherein the step of cold forming the first lifter cavity [130] further includes providing the lifter surface [152] with a generally circular shape.

55. The process of claim 44 wherein the first lifter opening [132] is a chamfered opening [see text] that has been fabricated, at least in part, through cold forming.

57. The process of claim 44 wherein the step of cold forming the first lifter cavity [130] further includes:

     a) providing a first angled lifter surface [165] so that is located adjacent to the first wall [151], the fourth wall [157], and the first angled wall [169-a];

     b) providing a second angled lifter surface [166] so that it is located adjacent to the first wall [151], third wall [156], and the fourth angled wall [169-d];

     c) providing a third angled lifter surface [167] so that it is located adjacent to the second wall [153], the third wall [156], and the first angled wall [169-b];

     d) providing a fourth angled lifter surface [168] so that it is located adjacent to the second wall [153], the fourth wall [157], and the third angled wall [169-c];

     e) providing at least one of the angled lifter surfaces [165,166, 167, 168] so that it extends from at least one of the angled walls [169-d] towards the valve lifter axis [111]; and

     f) orienting at least one of the angled lifter surfaces [165, 166, 167, 168] to be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111], the angle measuring between twenty-five and about ninety degrees.

60. A process for manufacturing a valve lifter body [110] that includes a valve lifter axis [111], a first lifter cavity [130] with a first inner lifter surface [150] extending from a first lifter opening [132] located at a first end, and a second lifter cavity [131] with a second inner lifter surface [170] extending from a second lifter opening [133] located at a second end, wherein the first inner lifter surface [150] includes a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152], the process for manufacturing the valve lifter body [110] comprising the steps of:

     a) providing a forgeable material;

14

b) cold forming the walls [151, 154, 156, 157], the curved lifter surfaces [154, 155], and the lifter surface [152] into the forgeable material so that:

  i) the first wall [151] faces the second wall [153];

  ii) the second wall [153] faces the first wall [151];

  iii) the third wall [156] extends axially into the forgeable material from the first lifter opening [132], faces the fourth wall [157], and terminates, at least in part, at the second curved surface [155];

  iv) the fourth wall [157] extends axially into the forgeable material from the first lifter opening [132], faces the third wall [156], and terminates, at least in part, at the first curved surface [154];

  v) the first curved lifter surface [154] extends from the fourth wall [157] and terminates, at least in part, at the lifter surface [152];

  vi) the second curved lifter surface [155] extends from the third wall [156] and terminates, at least in part, at the lifter surface [152];

  vii) the lifter surface [152] is, relative to the curved lifter surfaces, generally flat and oriented to be generally orthogonal to the valve lifter axis [111];

c) cold forming the second lifter cavity [131] into the forgeable material so that the second lifter cavity [131] extends axially into the forgeable material from the second lifter opening [133] and includes a second inner lifter surface [170] that is generally cylindrical in shape; and

d) machining the second inner lifter surface [170] of the second lifter cavity [131] to provide a plurality of generally cylindrical surfaces. [170-a,170-b,170-c,170-d]

61. The process of claim 60 further comprising the step of cold forming, at least in part, a socket body [310].

62. The process of claim 60 further comprising the step of cold forming, at least in part, a leakdown plunger [210].

63. The process of claim 60 further comprising the steps of:

  a) cold forming, at least in part, a socket body [310]; and

  b) cold forming, at least in part, a leakdown plunger [210].

64. The process of claim 60 further comprising the steps of cold forming the forgeable material to include an undercut surface [see text] that extends from the second end.

65. The process of claim 60 wherein the step of cold forming the second lifter cavity [131] includes providing, at least in part, a lifter well [162].

66. The process of claim 60 further comprising the steps of:

  a) providing the forgeable material with an outer lifter surface [180]; and

  b) machining the outer lifter surface [180], at least in part, to provide a first cylindrical surface [181] and a second cylindrical surface [182] wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

67. The process of claim 60 further comprising the steps of:
      a) providing the forgeable material with an outer lifter surface [180]; and
      b) cold forming the forgeable material to provide, at least in part, a cylindrical surface with a reduced diameter [see text] located on the outer surface [180].

69. The process of claim 60 wherein the step of cold forming the walls [151, 154, 156, 157], the curved lifter surfaces [154, 155], and the lifter surface [152] further includes providing the lifter surface [152] with a generally circular shape.

71. The process of claim 60 wherein the first lifter opening [132] is a chamfered opening [see text] that has been fabricated, at least in part, through cold forming.

86. A valve lifter body [110], comprising:
      a) a forgeable material;
      b) a first lifter cavity [130] that has, at least in part, been cold formed into the forgeable material so that:
            i) the first lifter cavity [130] extends axially into the forgeable material from a first lifter opening [132] that is shaped to accept a roller [190];
            ii) the first lifter cavity [130] includes a first inner lifter surface [150] provided with a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152];
            iii) the first wall [151] faces the second wall [153];
            iv) the second wall [153] faces the first wall [151];
            v) the third wall [156] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the fourth wall [157], and terminates at least in part at the second curved lifter surface [155];
            vi) the fourth wall [157] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the third wall [156], and terminates at least in part at the first curved lifter surface [154];
            vii) the first curved lifter surface [154] extends from the fourth wall [157] and is located adjacent to the lifter surface [152];
            viii) the second curved lifter surface [155] extends from the third wall [156] and is located adjacent to the lifter surface [152];
            ix) the lifter surface [152] is, relative to the curved lifter surfaces [154, 155] generally flat and oriented to be generally orthogonal to a valve lifter axis [111];
      c) a second lifter cavity [131] that has, at least in part, been cold formed into the forgeable material so that:
            i) the second lifter cavity [131] extends axially into the valve lifter body [110] from a second lifter opening [133];
            ii) the second lifter cavity [131] includes a second inner lifter surface [170]; and
      d) the second inner lifter surface [170] has, at least in part, been machined to provide a plurality of cylindrical surfaces [170-a,170-b,170-c,170-d].

87. The valve lifter body [110] of claim 86 further comprising a socket body [310] that has, at least in part, been fabricated through cold forming.

88. The valve lifter body [110] of claim 86 further comprising a leakdown plunger [210] that has, at least in part, been fabricated through cold forming.

89. The valve lifter body [110] of claim 86 further comprising:
     a) a socket body [310] that has, at least in part been fabricated through cold forming; and
     b) a leakdown plunger [210] that has, at least in part, been fabricated through cold forming.

90. The valve lifter body [110] of claim 86 further comprising:
     a) a first end that has, at least in part, been cold formed into the forgeable material and included the first lifter opening [132];
     b) a second end that has, at least in part, been cold formed into the forgeable material and includes the second lifter opening [133]; and
     c) an undercut surface [see text] that has, at least in part, been cold formed to extend from the second end.

91. The valve lifter body [110] of claim 86 wherein the second lifter cavity [131] has, at least in part, been cold formed into the forgeable material to provide, at least in part, a lifter well [162].

92. The valve lifter body [110] of claim 86 further comprising an outer lifter surface [180] located on the forgeable material that has, at least in part, been machined to provide a first cylindrical surface [181] and a second cylindrical surface [182] wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

93. The valve lifter body [110] of claim 86 wherein the forgeable material has been cold formed, at least in part, to provide an outer lifter surface [180] that includes a cylindrical surface with a reduced diameter [see text].

95. A valve lifter body [110] that includes a valve lifter axis [111], comprising:
     a) a forgeable material;
     b) a first lifter cavity [130] that has been cold formed into the forgeable material so that:

          i) a first end is provided wherein the first end includes a first lifter opening [132] shaped to accept a roller [190];
          ii) the first lifter cavity [130] includes a first inner lifter surface [150] provided with a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152];
          iii) the walls [151, 153, 156, 157] extend axially into the forgeable material from the first lifter opening [132] and are positioned so that:

1) the first wall [151] faces the second wall [153];

2) the second wall [153] faces the first wall [151];

3) the third wall [156] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the fourth wall [157], and is located adjacent to the second curved lifter surface [155];

4) the fourth wall [157] extends axially into the valve lifter body [110] from the first lifter opening [132], faces the third wall [156] and is located adjacent to the first curved lifter surface [154];

iv) the first curved lifter surface [154] extends from the fourth wall [157] and is located adjacent to the lifter surface [152];

v) the second curved lifter surface [155] extends from the third wall [156] and is located adjacent to the lifter surface [152];

vi) the lifter surface [152] is, relative to the curved lifter surface [154,155], generally flat and oriented to be generally orthogonal to the valve lifter axis [111];

c) a second lifter cavity [131] that has been cold formed into the forgeable material so that:

i) a second end is provided wherein the second end includes a second lifter opening [133] that is generally cylindrical in shape;

ii) the second lifter cavity [131] extends axially into the valve lifter body [110] from the second lifter opening [133];

iii) the second lifter cavity [131] includes a second inner lifter surface [170];

d) the valve lifter body [110] has been heat treated; and

e) the second inner lifter surface [170] has been machined to provide a plurality of cylindrical surfaces. [170-a,170-b,170-c,170-d]

96. The valve lifter body [110] of claim 95 further comprising a socket body [310] that has, at least in part, been fabricated through cold forming.

97. The valve lifter body [110] of claim 95 further comprising a leakdown plunger [210] that has, at least in part, been fabricated through cold forming.

98. The valve lifter body [110] of claim 95 further comprising:

a) a socket body [310] that has, at least in part, been fabricated through cold forming; and

b) a leakdown plunger [210] that has, at least in part, been fabricated through cold forming.

99. The valve lifter body [110] of claim 95 further comprising an undercut surface [see text] that has been cold formed into the forgeable material to extend from the second end.

100. The valve lifter body [110] of claim 95 wherein the second lifter cavity [131] has been cold formed into the forgeable material to provide, at least in part, a lifter well [162].

101. The valve lifter body [110] of claim 95 further comprising:

      a) an outer lifter surface [180] that is provided on the forgeable material; and

      b) the outer lifter surface [180] has been machined, at least in part, to provide a first cylindrical surface [181] and a second cylindrical surface [182] , wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

102. The valve lifter body [110] of claim 95 further comprising:

      a) an outer lifter surface [180] that is provided on the forgeable material; and

      b) the forgeable material has been cold formed to provide, at least in part, a cylindrical surface with a reduced diameter [see text] located on the outer surface [180].

104. A valve lifter body [110] that includes a valve lifter axis [111], comprising:

      a) a forgeable material;

      b) first lifter cavity [130] provided with a first inner lifter surface [150] that extends from a first lifter opening [132], which is located at a first end;

      c) a second lifter cavity [131] provided with a second inner lifter surface [170] that extends from a second lifter opening [133], which is located at a second end;

      d) the first inner lifter surface [150] includes a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a second angled wall [169-a], a first angled wall [169-b], a third angled wall [169-c], fourth angled wall [169-d], a first angled lifter surface [165], a second angled lifter surface [166], a third angled lifter surface [167], and a fourth angled lifter surface [168];

      e) the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] have been cold formed so that:

            i) the walls [151, 153, 156, 157] extend axially into the forgeable material from the first lifter opening [132] and are positioned so that the first wall [151] faces the second wall [153] and the third wall [156] faces the fourth wall [157];

            ii) the first angled lifter surface [165] is located adjacent to the first wall [151] and the fourth wall [157];

            iii) the second angled lifter surface [166] is located adjacent to the first wall [151] and the third wall [156];

            iv) the third angled lifter surface [167] is located adjacent to the second wall [153] and the third wall [156];

            v) the fourth angled lifter surface [168] is located adjacent to the second wall [153] and the fourth wall [157];

            vi) the first angled wall [169-a] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the first angled lifter surface [165];

            vii) the second angled wall [169-b] extends axially into the valve lifter body [110] from the first lifter opening [132] and terminates, at least in part, at the third angled lifter surface [167];

            viii) the third angled wall [169-c] extends axially into the valve lifter

body [110] from the first lifter opening [132] and terminates, at least in part, at the fourth angled lifter surface [168];

   ix) the fourth angled wall [169-d] extends axially into the valve lifter body [110] from the first lifter opening [132] and terminates, at least in part, at the second angled lifter surface [168];

f) the second lifter cavity [131] has been cold formed into the forgeable material so that the second lifter cavity [131] extends axially into the forgeable material from the second lifter opening [133] and includes a second inner lifter surface [170] that is generally cylindrical in shape;

g) the valve lifter body [110] has been heat treated; and

h) the second inner lifter surface [170] of the second lifter cavity [131] has been machined to provide a plurality of generally cylindrical surfaces [170-a,170-b,170-c,170-d].

105. The valve lifter body [110] of claim 104 wherein the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168], have been cold formed so that at least one of the angled lifter surfaces [165, 166, 167, 168] is oriented to be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111], the angle measuring between twenty-five and about ninety degrees.

106. The valve lifter body [110] of claim 104 wherein the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] have been cold formed so that the fourth angled lifter surface [168] is oriented to extend from the third angled wall [169-c] at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111], the angle measuring between 45 degrees and 65 degrees.

108. The valve lifter body [110] of claim 104 wherein the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] have been cold formed so that at least one of the angled lifter surfaces [165, 166, 167, 168] is oriented to extend from at least one of the angled walls [169-a-d] at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111], the angle measuring between 25 degrees and 75 degrees.

109. The valve lifter body [110] of claim 104 wherein walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] have been cold formed so that at least one of the angled surfaces is oriented to be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111].

110. The valve lifter body [110] of claim 104 further comprising a first curved lifter surface [154] and a second curved lifter surface [155] that have been cold formed so that:

a) the fourth wall [157] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the first curved lifter surface [154]; and

b) the third wall [156] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the second curved lifter surface [155].

111. The valve lifter body [110] of claim 104 further comprising a first curved lifter surface [154] and a second curved lifter surface [155] that have been cold formed so that:

a) the fourth wall [157] extends axially into the valve lifter body [110] from the first lifter opening [132] and terminates, at least in part, at the first curved lifter surface [154];

b) the third wall [156] extends axially into the valve lifter body [110] from the first lifter opening [132] and terminates, at least in part, at the second curved lifter surface [155];

c) the first angled lifter surface [165] is located adjacent to the first wall [151], the fourth wall [157], the first angled wall [169-a], and the first curved lifter surface [154];

d) the second angled lifter surface [166] is located adjacent to the first wall [151], third wall [156], the fourth angled wall [169-d], and the second curved lifter surface [155];

e) the third angled lifter surface [167] is located adjacent to the second wall [153], the third wall [156], the second angled wall [169-b], and the second curved lifter surface [155]; and

f) the fourth angled lifter surface [168] is located adjacent to the second wall [153], the fourth wall [157], the third angled wall [169-c], and the first curved lifter surface [154].

112. The valve lifter body [110] of claim 104 wherein the walls [151, 153, 156, 157], the angled walls [169-a-d], and the angled lifter surfaces [165, 166, 167, 168] have been cold formed so that:

a) the first angled lifter surface [165] is located adjacent to the first wall [151], the fourth wall [157], and the first angled wall [169-a];

b) the second angled lifter surface [166] is located adjacent to the first wall [151], third wall [156], and the fourth angled wall [169-d];

c) the third angled lifter surface [167] is located adjacent to the second wall [153], the third wall [156], and the first angled wall [169-b];

d) the fourth angled lifter surface [168] is located adjacent to the second wall [153], the fourth wall [157], and the third angled wall [169-c];

e) at least one of the angled lifter surfaces [165, 166, 167, 168] extends from at least one of the angled walls [169-a-d] towards the valve lifter axis [111]; and

f) at least one of the angled lifter surfaces [165, 166, 167, 168] is oriented to be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111], the angle measuring between twenty-five and about ninety degrees.


115. A valve lifter body [110] that includes a valve lifter axis [111], comprising:

a) a forgeable material;

b) a first lifter cavity [130] that has been cold formed into the forgeable material so that:

i) the forgeable material is provided with a first lifter opening [132] that is shaped to accept a roller [190];

ii) the first lifter cavity [130] extends axially into the forgeable material from the first lifter opening [132] and includes a first inner lifter surface

21

[150] that is provided with a first wall [151], a second wall [153], a third wall [156], a fourth wall [157], a first angled wall [169-a], a second angled wall [169-b], a third angled wall [169-c], fourth angled wall [169-d], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152];

iii) the first wall [151] and the second wall [153] extend axially into the forgeable from the first lifter opening [132] and are positioned so that the first wall [151] faces the second wall [153];

iv) the third wall [156] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the second curved lifter surface [155];

v) the fourth wall [157] extends axially into the forgeable material from the first lifter opening [132] and terminates, at least in part, at the first curved lifter surface [154];

vi) the third wall [156] and the fourth wall [157] are positioned so that the third wall [156] faces the fourth wall [157];

vii) the first angled wall [169-a] extends axially into the forgeable material from the first lifter opening [132], faces the second angled wall [169-b], and is located between the fourth wall [157] and the first wall [151];

viii) the second angled wall [169-b] extends axially into the forgeable material from the first lifter opening [132], faces the first angled wall [169-a], and is located between the second wall [153] and the third wall [156];

ix) the third angled wall [169-c] extends axially into the forgeable material from the first lifter opening [132], faces the fourth angled wall [169-d], and is located between the second wall [153] and the fourth wall [157];

x) the fourth angled wall [169-d] extends axially into the forgeable material from the first lifter opening [132], faces the third angled wall [169-c], and is located between the first wall [151] and the third wall [156];

xi) the first and second curved lifter surfaces [154, 155] are, at least in part, located adjacent to the lifter surface [152], which is relative to the curved lifter surfaces [154, 155], generally flat and oriented to be generally orthogonal to the valve lifter axis [111];

c) a second lifter cavity [131] that has been cold formed into the forgeable material so that:

i) the forgeable material is provided with a second lifter opening [133];

ii) the second lifter cavity [131] extends axially into the forgeable material from the second lifter opening [133] and includes a second inner lifter surface [170]; and

d) the second inner lifter surface [170] has been machined to provide a plurality of cylindrical surfaces. [170-a,170-b,170-c,170-d]

116. The valve lifter body [110] of claim 115 further comprising a socket body [310] that has, at least in part, been fabricated through cold forming.

117. The valve lifter body [110] of claim 115 further comprising a leakdown plunger [210] that has, at least in part, been fabricated through cold forming.

118. The valve lifter body [110] of claim 115 further comprising:
 a) a socket body [310] that has, at least in part, been fabricated through cold forming; and
 b) a leakdown plunger [210] that has, at least in part, been fabricated through cold forming.

119. The valve lifter body [110] of claim 115 wherein the forgeable material has been cold formed to provide, at least in part, a first end wherein the first lifter opening [132] is located, a second end wherein the second lifter opening [133] is located, and an undercut surface [see text] that extends from the second end.

120. The valve lifter body [110] of claim 115 wherein the second lifter cavity [131] has been cold formed to provide, at least in part, a lifter well [162].

121. The valve lifter body [110] of claim 115 wherein:
 a) the forgeable material is provided with an outer lifter surface [180]; and
 b) the outer lifter surface [180] has been machined, at least in part, to provide a first cylindrical surface [181] and a second cylindrical surface [182], wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

122. The valve lifter body [110] of claim 115 wherein:
 a) the forgeable material is provided with an outer lifter surface [180]; and
 b) the forgeable material has been cold formed to provide, at least in part, a cylindrical surface with a reduced diameter [see text] located on the outer surface [180].

124. The valve lifter body [110] of claim 115 wherein first lifter cavity [130] has been cold formed so that the lifter surface [152] with a generally circular shape.

126. The valve lifter body [110] of claim 115 wherein the first lifter opening [132] is a chamfered opening [see text] that has been fabricated, at least in part, through cold forming.

128. The valve lifter body [110] of claim 115 wherein the first lifter cavity [130] has been cold formed to provide:
 a) a first angled lifter surface [165] that it is located adjacent to the first wall [151], the fourth wall [157], and the first angled wall [169-a];
 b) a second angled lifter surface [166] that it is located adjacent to the first wall [151], third wall [156], and the fourth angled wall [169-d];
 c) a third angled lifter surface [167] that it is located adjacent to the second wall [153], the third wall [156], and the first angled wall [169-b];
 d) a fourth angled lifter surface [168] that it is located adjacent to the second

wall [153], the fourth wall [157], and the third angled wall [169-c];

e) at least one of the angled lifter surfaces [165, 166, 167, 168] is oriented so that it extends from at least one of the angled walls [169-a-d] towards the valve lifter axis [111]; and

f) at least one of the angled lifter surfaces [165, 166, 167, 168] is oriented to be at an angle [400A] relative to a plane that is orthogonal to the valve lifter axis [111], the angle measuring between twenty-five and about ninety degrees.

131. A valve lifter body [110] that includes a valve lifter axis [111], comprising:

a) a forgeable material;

b) first lifter cavity [130] provided with a first inner lifter surface [150] that extends from a first lifter opening [132], which is located at a first end;

c) a second lifter cavity [131] provided with a second inner lifter surface [170] that extends from a second lifter opening [133], which is located at a second end;

d) the first inner lifter surface [150] includes a first wall [151]; a second wall [153], a third wall [156], a fourth wall [157], a first curved lifter surface [154], a second curved lifter surface [155], and a lifter surface [152];

e) the walls [151, 153, 156, 157], the curved lifter surfaces [154, 155], and the lifter surface [152] have been cold formed so that:

i) the first wall [151] faces the second wall [153];

ii) the second wall [153] faces the first wall [151];

iii) the third wall [156] extends axially into the forgeable material from the first lifter opening [132], faces the fourth wall [157], and terminates, at least in part, at the second curved surface [155];

iv) the fourth wall [157] extends axially into the forgeable material from the first lifter opening [132], faces the third wall [156], and terminates, at least in part, at the first curved surface [154];

v) the first curved lifter surface [154] extends from the fourth wall [157] and terminates, at least in part, at the lifter surface [152];

vi) the second curved lifter surface [155] extends from the third wall [156] and terminates, at least in part, at the lifter surface [152];

vii) the lifter surface [152] is, relative to the curved lifter surfaces [154, 155], generally flat and oriented to be generally orthogonal to the valve lifter axis [111];

f) the second lifter cavity [131] has been cold formed into the forgeable material so that the second lifter cavity [131] extends axially into the forgeable material from the second lifter opening [133], and includes a second inner lifter surface [170] that is generally cylindrical in shape; and

g) the second inner lifter surface [170] of the second lifter cavity [131] has been machined to provide a plurality of generally cylindrical surfaces. [170-a,170-b,170-c,170-d]

132. The valve lifter body [110] of claim 131 further comprising a socket body [310] that has been fabricated, at least in part, through cold forming.

133. The valve lifter body [110] of claim 131 further comprising a leakdown plunger

[210] that has been fabricated, at least in part, through cold forming.

134. The valve lifter body [110] of claim 131 further comprising:
    a) a socket body [310] that has been fabricated, at least in part, through cold forming; and
    b) a leakdown plunger [210] that has been fabricated, at least in part, through cold forming.

135. The valve lifter body [110] of claim 131 wherein the forgeable material has been cold formed to include an undercut surface [see text] that extends from the second end.

136. The valve lifter body [110] of claim 131 wherein the second lifter cavity [131] has been cold formed to provide, at least in part, a lifter well [162].

137. The valve lifter body [110] of claim 131 wherein:
    a) the forgeable material is provided with an outer lifter surface [180]; and
    b) the outer lifter surface [180] has been machined, at least in part, to provide a first cylindrical surface [181] and a second cylindrical surface [182] wherein the first cylindrical surface [181] is provided with a first radius and the second cylindrical surface [182] is provided with a second radius that is smaller than the first radius.

138. The valve lifter body [110] of claim 131 wherein:
    a) the forgeable material is provided with an outer lifter surface [180]; and
    b) the forgeable material has been cold formed to provide, at least in part, a cylindrical surface with a reduced diameter [see text] located on the outer surface [180].

140. The valve lifter body [110] of claim 131 the walls [151, 153, 156, 157], the curved lifter surfaces [154, 155], and the lifter surface [152] have been cold formed so that the lifter surface [152] is provided with a generally circular shape.

142. The valve lifter body [110] of claim 131 wherein the first lifter opening [132] is a chamfered opening [see text] that has been fabricated, at least in part, through cold forming.

# **<u>Exhibit 2</u>**

# Eaton Part No. 328347 – Socket



## Photograph No. 1

# Eaton Part No. 328347 – Leakdown Plunger

210



## Photograph No. 2

# Eaton Part No. 328347 – Valve Lifter Body



## Photograph No. 3

# Eaton Part No. 328347 – Valve Lifter Body



Photograph No. 4

# Eaton Part No. 328347 – Valve Lifter Body



Photograph No. 5

## Eaton Part No. 328347 – Valve Lifter Body



Cylindrical surface with a reduced diameter

110

Undercut surface

181

182

180

GM 328347

Photograph No. 6

# Eaton Part No. 328347 – Valve Lifter Body



Photograph No. 7

# Eaton Part No. 328347 – Valve Lifter Body



Photograph No. 8

# Eaton Part No. 328347 – Valve Lifter Body



Photograph No. 9

# Eaton Part No. 328347 – Valve Lifter Body



Photograph No. 10

# Eaton Part No. 328347 – Valve Lifter Body



## Photograph No. 11

# Eaton Part No. 328347 – Roller



190

## Photograph No. 12